AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Fidelity Brokerage Services LLC, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15-CV-2210(GHW) |
| The Financial Industry Regulatory Authority, et. al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Deutsch and William Deutsch

Date: 04/02/2015

/s/ David Graff
*Attorney's signature*

David Graff
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of Americas
New York, NY 10020

*Address*

dgraff@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*