AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| Fidelity Brokerage Services LLC, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CV-2210(GHW) |
| The Financial Industry Regulatory Authority, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Deutsch and William Deutsch

Date:   04/02/2015

/s/ Rachael A. Kierych
*Attorney's signature*

Rachael A. Kierych
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of Americas
New York, NY 10020

*Address*

rkierych@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*