UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY BROKERAGE SERVICES LLC and
NATIONAL FINANCIAL SERVICES LLC,

                Plaintiffs,

-against-

THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY, PETER DEUTSCH AND WILLIAM
DEUTSCH,

                Defendants.

Civ. Case No. 15-CV-2210 (GHW)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss
COUNTY OF NEW YORK  )

1.    I, Rachael Kierych, am employed by Anderson Kill P.C. with offices located at 1251 Avenue of the Americas, New York, NY 10020. I am over the age of 18 and not a party to the within action.

2.    On April 2, 2015, I served the April 2, 2015 letter addressed to the Honorable Judge Gregory H. Woods via e-mail to the stated parties at their respective e-mail addresses upon:

        Mark Knoll, Esq.
        Bressler, Amery & Ross
        mknoll@bressler.com

        Brian Amery, Esq.
        Bressler, Amery & Ross
        bamery@bressler.com

        Howard Graff, Esq.
        Arent Fox
        howard.graff@arentfox.com

        Courtney Topic, Esq.
        Arent Fox
        Courtney.topic@arentfox.com

Executed on April 2, 2015, at New York, New York. I declare under penalty of perjury under the laws of New York that the above is true and correct.

_____
Rachael Kierych

Sworn to before me this
2nd day of April, 2015

_____
Notary Public

PHYLLIS J. CRUISE
NOTARY PUBLIC State of New York
No. 01CR4904891
Qualified in Bronx County
Commission Expires Oct 5, 20 17