```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FIDELITY BROKERAGE SERVICES LLC :
AND NATIONAL FINANCIAL SERVICES :
LLC, :
: 1:15-cv-2210-GHW
            Plaintiff, :
: ORDER OF REFERENCE TO A
        -against- : MAGISTRATE JUDGE
:
THE FINANCIAL INDUSTRY :
REGULATORY AUTHORITY, PETER E. :
DEUTSCH and WILLIAM J. DEUTSCH, :
:
            Defendants. :
:
------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge Frank Maas for the following purposes:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute: _____ _____ _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion/dispute (*i.e*,. requiring Report and Recommendation) Particular motion/dispute: Evaluation of materials withheld pursuant to the Bank Secrecy Act and any related relief.

        SO ORDERED.

Dated:  April 2, 2015
        New York, NY

                                          _____
                                          GREGORY H. WOODS
                                          United States District Judge