USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 04/02/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY BROKERAGE SERVICES LLC AND NATIONAL FINANCIAL SERVICES LLC,

Plaintiff,

-against-

THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, PETER E. DEUTSCH and WILLIAM J. DEUTSCH,

Defendants.

1:15-cv-2210-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has referred all of plaintiff's requests for the evaluation of materials withheld pursuant to the Bank Secrecy Act and any related relief to Magistrate Judge Maas. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Maas.

If both parties consent to proceed before Magistrate Judge Maas, counsel must, **no later than April 6, 2015,** mail or email directly to the Orders and Judgments Clerk (judgments@nysd.uscourts.gov) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Maas rather than before me. Any appeal would be taken directly to the United States Court of Appeals

for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before Magistrate Judge Maas, the parties must file a joint letter, **no later than April 6, 2015**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Date: April 2, 2015
New York, NY

GREGORY H. WOODS
United States District Judge