JUDGE WOODS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC and NATIONAL FINANCIAL SERVICES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE FINANCIAL INDUSTRY REGULATORY AUTHORITY ("FINRA"), PETER E. DEUTSCH and WILLIAM J. DEUTSCH,<br><br>Defendants. | Civil Action No. 15-CV-2210<br><br>**Plaintiffs Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioners Fidelity Brokerage Services LLC and National Financial Services LLC certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

Petitioners are wholly-owned subsidiaries of FMR Corp., a privately owned company.

Dated: New York, New York
March 24, 2015

BRESSLER, AMERY & ROSS, P.C.

By: _____
Brian F. Amery (BA 7144)
Mark D. Knoll (MK 5343)

17 State Street
New York, New York 10004
212-425-9300
212-425-9337 (fax)
Attorneys for Petitioners,
  Fidelity Brokerage Services LLC
  and National Financial Services LLC