IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

15 CV 2210

| | | |
|---|---|---|
| **FIDELITY BROKERAGE SERVICES LLC and NATIONAL FINANCIAL SERVICES LLC,** | : : : | Civil Action No.<br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | : : | |
| v. | : : | |
| **THE FINANCIAL INDUSTRY REGULATORY AUTHORITY ("FINRA"), PETER E. DEUTSCH and WILLIAM J. DEUTSCH,** | : : : : | |
| Defendants. | : | |

The undersigned hereby certifies that a true and correct copy of: (i) Complaint for Declaratory Judgment Under the Bank Secrecy Act, 31 U.S.C. § 5318(g); (ii) Plaintiffs' Rule 7.1 Certification; (iii) Proposed Order to Show Cause; (iv) Plaintiffs' Memorandum of Law in Support of Order to Show Cause; and (v) Declaration of Mark D. Knoll has been served on the following on March 24, 2015:

1. Peter and William Deutsch, by electronic mail through their Counsel (who has consented to such electronic delivery), David Graff, Esq., dgraff@andersonkill.com, Anderson Kill & Olick, 1251 Avenue of the Americas, New York, New York 10020, and Howard Graff, Esq., howard.graff@arentfox.com, Arent Fox, 1675 Broadway, New York, New York 10019.

2. The Financial Industry Regulatory Authority ("FINRA"), by electronic mail (with consent), attention Arthur Baumgartner, Case Administrative Manager, FINRA Dispute Resolution, Northeast Region, One Liberty Plaza, 165 Broadway, 27th Fl., New York, New York 10006, and Terri Reicher, Esq., terri.reicher@finra.org.

Dated: New York, New York
       March 24, 2015

                                        _____
                                        Mark D. Knoll (MK-5343)

                                        **BRESSLER, AMERY & ROSS, P.C.**
                                        17 State Street
                                        New York, New York 10004
                                        212-425-9300
                                        212-425-9337 (fax)
                                        Attorneys for Petitioners,
                                          Fidelity Brokerage Services LLC
                                          and National Financial Services LLC

2506167_1