## Certificate of Service

I HEREBY CERTIFY that on this 30th day of March, I served the foregoing Memorandum of Law In Opposition to Plaintiffs' Order to Show Cause for Declaratory Judgment to Withhold Materials Under the Bank Secrecy Act, 31 U.S.C. § 5318 and to Seal the Record, and Affidavit of Peter E. Deutsch with exhibits via Federal Express, overnight delivery, on:

Mark D. Knoll, Esq.
Bressler, Amery & Ross
17 State Street
New York, New York 10004

and

Terry L. Reicher, Esq,
Associate General Counsel
FINRA
1735 K. Street, N.W.
Washington, D.C. 20006

_____
Victor M. Padro