AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Fidelity Brokerage Services LLC, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CV-2210 |
| The Financial Industry Regulatory Authority, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter E. Deutsch and William J. Deutsch                                            .

Date:    04/07/2015

/s/ Courtney Topic
*Attorney's signature*

Courtney E. Topic
*Printed name and bar number*

ARENT FOX LLP
1675 Broadway
New York, New York 10019

*Address*

Courtney.Topic@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*