IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FIDELITY BROKERAGE SERVICES LLC and NATIONAL FINANCIAL SERVICES, LLC, | x x x | Civil Action No. 15-cv-2210 (Judge Woods) |
| Plaintiffs, | x | NOTICE OF APPEARANCE |
| -against- | x x | |
| THE FINANCIAL INDUSTRY REGULATORY AUTHORITY ("FINRA"), PETER E. DEUTSCH and WILLIAM J. DEUTSCH, | x x x x | |
| Defendants. | x x | |

PLEASE TAKE NOTICE that Terri L. Reicher will appear on behalf of Defendant Financial Industry Regulatory Authority, Inc. ("FINRA").

Dated: April 7, 2015
Washington, D.C.

Respectfully submitted,

Financial Industry Regulatory Authority, Inc.

 /s/ Terri L. Reicher_____
Terri L. Reicher TR-8260
Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Telecopier (202) 728-8894
Attorney for Defendant FINRA

## Certificate of Service

I HEREBY CERTIFY that on this 7th day of April 2015, I filed and served the foregoing Notice via ECF.

                                                        /s/ Terri L. Reicher\
                                                        Terri L. Reicher