UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK

FIDELITY BROKERAGE SERVICES LLC
and NATIONAL FINANCIAL SERVICES
LLC,

           Plaintiffs,

vs.

THE FINANCIAL INDUSTRY
REGULATORY AUTHORITY ("FINRA"),
PETER E. DEUTSCH and WILLIAM J.
DEUTSCH,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/15
```

Civ No. 15-CV-2210 (GHW)(FM)

[~~PROPOSED~~] ORDER

     WHEREAS, on April 14, 2015, the clerk of the court removed Exhibit 12 to Docket Number 25 in the above-captioned matter;

     IT IS HEREBY ORDERED, the clerk of the court shall replace Exhibit 12 with a copy of exhibit 12 that redacts any confidential personal information related to Defendant Peter E. Deutsch..

*[handwritten: to be supplied by counsel]*

Dated:    New York, New York
Entered:  April _17_, 2015

                                        /s/ FRANK MAAS
                                        FRANK MAAS
                                        United States Magistrate Judge