```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

FIDELITY BROKERAGE SERVICES LLC :
and NATIONAL FINANCIAL SERVICES
LLC,                             :           **NOTICE OF CONFERENCE**

               Plaintiffs,  :

     -against-            :           15cv2210-GHW-FM

THE FINANCIAL INDUSTRY           :
REGULATORY AUTHORITY ("FINRA"),
PETER E. DEUTSCH and WILLIAM J.  :
DEUTSCH,
                                 :
               Defendants.
------------------------------------------------------x

Counsel:

        A telephone conference in the above-referenced matter has been scheduled for May 5, 2015, at 10 a.m. before Magistrate Judge Maas. Plaintiffs' counsel shall initiate the call by placing a conference call to Judge Maas' Chambers at (212) 805-6727. Requests for adjournment must be made to the Court, in writing, at least two business days prior to the conference.

                                                                                       Eric H. Rosoff
                                                                                      Law Clerk to the Hon. Frank Maas

Dated:       New York, New York
               April 28, 2015

Copies to all counsel via ECF