UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FIDELITY BROKERAGE SERVICES LLC :
and NATIONAL FINANCIAL SERVICES LLC,

                Plaintiffs,

    -against-

THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY ("FINRA'"), PETER E. :
DEUTSCH, and WILLIAM J. DEUTSCH,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDER**

15cv2210-FM

**FRANK MAAS,** United States Magistrate Judge.

    I have reviewed Mr. Knoll's <u>ex parte</u> letter of today's date, which shall be filed under seal. Notwithstanding that letter and Mr. Knoll's prior declaration, nothing contained in Exhibits 8, 10, or 13 indicates whether or not a Suspicious Activity Report was filed as a consequence of the trading discussed therein. For that reason, these three exhibits must be produced in their entirety.

    Turning to Exhibit 20, Mr. Knoll's letter confirms that the first redaction on the last page of the exhibit relates to a supplemental internal referral. I conclude that this redacted text must be produced. Mr. Knoll's letter further indicates that two of the attachments referenced on the lower lefthand side of the last page refer to attorney-client privileged documents. If so, there is nothing for me to consider with respect to the

withholding of references to those documents.  I further sustain the decision to redact any reference to the remaining attachment.

        SO ORDERED.

Dated:      New York, New York
              May 6, 2015

                                              FRANK MAAS
                                      United States Magistrate Judge

Copies to all counsel via ECF