UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

FIDELITY BROKERAGE SERVICES,       :
LLC, <u>et</u> ano,
                                   :
              Plaintiffs,
                                   :           **ORDER**
       -against-
                                   :           15cv2210 (FM)

THE FINANCIAL INDUSTRY             :
REGULATORY AUTHORITY, <u>et al.</u>, :

              Defendants.          :

-----------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       Following the Court's rulings with respect to the Plaintiffs' claims under the Bank Secrecy Act, there has been no further activity in this case since May 19, 2015. It therefore appears that no further relief is being sought by any party.

       Accordingly, the Clerk of the Court is directed to close this case.

       SO ORDERED.

Dated:      New York, New York
            September 10, 2015

                                              /s/ Frank Maas
                                         _____
                                              FRANK MAAS
                                         United States Magistrate Judge

Copies to all counsel via ECF